**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. RADEMAKER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MICHAEL S. EVANS, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 08-8486-VAP(CW) <br><br> ORDER ACCEPTING CORRECTED REPORT AND RECOMMENDATION AND SUPPLEMENTAL REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation, the Corrected Report and Recommendation, and the Supplemental Report and Recommendation of the United States Magistrate Judge. The court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

1  **IT IS THEREFORE ORDERED** that judgment be entered denying the
2  Petition and dismissing this action with prejudice.
3
4  DATED:   November 25, 2014
5
                                    _____
6                                     VIRGINIA A. PHILLIPS
                                      United States District Judge