**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID A. RADEMAKER,          ) | No. CV 08-8486-VAP(CW) |
|                        ) | |
|           Petitioner,  ) | JUDGMENT |
|                        ) | |
|      v.                ) | |
|                        ) | |
| MICHAEL S. EVANS, Warden,    ) | |
|                        ) | |
|           Respondent.  ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: <u>November 25, 2014</u>

*/s/ Virginia A. Phillips*

_____
VIRGINIA A. PHILLIPS
United States District Judge